

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Richard Emerson Waters          3378315

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**   CIVIL ACTION NO. 2:25-cv-00679
*(Number to be assigned by Court)*

Trooper Seth McDonald, W.Va. State Police; Sheriff Todd Cole, Deputy Mike King, John and Jane Does, Roane County Sheriff's Office

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: n/a

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county);

   n/a

3. Docket Number: n/a

4. Name of judge to whom case was assigned:

   n/a

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   n/a

6. Approximate date of filing lawsuit: n/a

7. Approximate date of disposition: n/a

II. Place of Present Confinement: Huttonsville Correctional Center & Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes  X     No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____     No  X

    C. If you answer is YES:

        1. What steps did you take? n/a

        2. What was the result? n/a

    D. If your answer is NO, explain why not: The Civil injury occurred in Spencer, WV on Nov. 26, 2023, not at HCC&J.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Richard Emerson Waters

        Address: HCC&J; P.O. Box 1; Huttonsville, WV; 26273

    B. Additional Plaintiff(s) and Address(es): N/a

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Trooper Seth McDonald

is employed as: Officer, West Virginia State Police

at W.Va. Trooper Barracks; Spencer WV.

D. Additional defendants: Sheriff Todd Cole, Deputy Mike King, John and Jane Does, Deputies; Police/Law Enforcement, Roane County Sheriff's Office.

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(See attached)

4

**Waters, Richard Emerson v. Trooper Seth McDonald, W.Va. State Police et al.**

IV. Statement of Claim

This claim of damages is and continues to be an ongoing situation for the Plaintiff and his family, culminating from a long standing history of abuse of power and substantive injury caused by the actions of Trooper Seth McDonald of the W.Va. State Police.

On November 26, 2023, my daughter Cynthia Waters (after still not having heard a response to her 911 reports) by chance was driving by a gas station and was going to investigate a robbery, break-in, and vandalism at my property at 2614 Clay Road, Spencer, W.Va. The investigating officer, W.Va. State Trooper Seth McDonald refueling his cruiser. Ms. Waters stopped in and asked Trooper McDonald when he was going to investigate the robbery at my shop that was previously reported. Trooper McDonald confirmation that he had received the call, but that after the previous robberies, he "didn't figure there was much left to steal." He subsequently did not pursue investigation. This ended their conversation.
This involves two incidents of significant relevance to Trooper McDonald's unethical and violative behavior towards myself.

Previously, on or about July 19th, 2022, state troopers and Roane County deputies entered my home at 2614 Clay Road, Spencer, W.Va. and left a path of destruction in their wake. My home was destroyed beyond all repair including, but not limited to, slashing furniture, destroying doors, windows and walls. At no time was there a Police K-9 Unit (drug detecting dog) or a search warrant served to the Power of Attorney or any of the Plaintiff's family that such search was going on.
The property was left open to the public with no attempt made to seal it off after its destruction, and was only feet away from Route 36/Clay Road. The damage extended beyond my home, but it extended also to my business next door on an entirely different lot where the officers broke in, entered, then vandalized several classic muscle cars, destroying paint, and multiple materials for body restoration, and like my home, left it unsealed and open to the public to be robbed.
As in all these incidents, absolutely no attempt was made to reseal the business only feet from the highway, resulting in further damages and robbery. In total, these damages and robbery created losses in the tens of thousands of dollars.
It should be noted that this clear act of vandalism could have been avoided as the door had a large window, and the interior of the business was clearly visible and no pets were present. The damage could've been left to a minimum if the lock was removed, but instead the officers smashed the glass in what can only be described as an adolescent act of vandalism and unethical, unprofessional (even criminal) behavior.
All of this could have been avoided had the officers made ANY attempts to contact the property owners; even contacting my father who has complete access to the property who lives only ¾ miles from the location.

1

On or about July 22, 2022, my daughter Chania Batten (Power of Attorney over my property and assets) was contacted by my ex-wife who stated that my property on Route 26 / Clay Road, Spencer, W.Va. had been broken into and was left open to the public. After seeing the damages, she called the State Police and spoke with Trooper Seth McDonald at this time. While on the phone, McDonald stated that he was present during the destruction, and that a new officer had broken into the business property next door. That the damage was done "by mistake".

When she told him that she wanted to file a report on the incident because there had been items discovered stolen as well as vandalized. Trooper McDonald became defensive and replied that he couldn't make it over that day and that he would the following day. When they did meet, Trooper McDonald's story and attitude had changed entirely. He stated that he had a right to break into the business property, and that his officers had acted properly. It remains speculative whether or not the officers involved robbed the place during this vandalism or if it was done as a result of the property having been wholly left open to the public. It's been determined through research conducted by my daughter that at the time of the "search" there were no new officers present.

My daughter informed Trooper McDonald that she was preserving evidence of the destruction at both scenes and file an official report on the matter, my home at 2614 Clay Road mysteriously burnt to the ground destroying the last of my property and any evidence that had been preserved. My daughter has attempted to contact Trooper McDonald, and has been ignored for over a year.

**IV.  Statement of Claim (continued):**

(see attached)

**V.  Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Financial compensation in the amount that was lost plus what I would have earned in rental profit had the damage had not occurred. This is requested at $ One million dollars. Declaratory relief in which Trooper Seth McDonald, Sheriff Todd Cole, Deputy Mike King, and Deputies/officers John and Jane Does acted with deliberate malice and forethought, violating my Constitutional rights.

V.     Relief (continued)):

_____
_____
_____
_____
_____

VII.   Counsel

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____n/a_____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No __X__

   If so, state the name(s) and address(es) of each lawyer contacted:

   __n/a_____
   _____

   If not, state your reasons: _Being involved in prosecution and incarceration, I've only had recent opportunity to pursue relief._

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No __X__

6

If so, state the lawyer's name and address:

n/a

Signed this __14th__ day of __November__, 20_25_.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/14/25__
            (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7